# RECORD NO. 15-2239

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

CASE NUMBER

PETER S. VINAL

v.

SUNTRUST MORTGATE, INC. and
SAFEGUARD PROPERTIES, LLC

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX

NOW COMES, Plaintiff/Appellant, Peter S. Vinal, by and through the undersigned counsel, and moves the Court for a twenty-one (21) day extension of time in which to file his Appellant Brief and Joint Appendix and respectfully shows in support thereof:

1. That the undersigned needs additional time to submit a joint appendix to opposing counsel in that Plaintiff/Appellant inadvertently did not submit a joint appendix for review to Defendants' counsel due to the fact that one had previously been submitted in a previous appeal, Record no. 14-1233, which was dismissed as interlocutory. Plaintiff/Appellant is in need of additional time to complete the Appellant Brief and Joint Appendix so that they can be filed simultaneously.

2. The previous appeal was limited to SunTrust and the granting of a 12(b)(6) motion and involves the same issues previously appealed but dismissed as interlocutory.

3. Rule 26(b) permits that for good cause, this Court may extend times prescribed by the Federal Rules of Appellate Procedure for the Fourth Circuit.

4. Attorneys for opposing parties have been contacted and did not consent to this Motion. The undersigned is unsure whether or not opposing parties intend to file a response.

WHEREFORE, Plaintiff/Appellant, by and through the undersigned counsel, moves the Court for a twenty-one (21) day extension of time, through and including 15 December 2015, to file his Brief and the Joint Appendix.

Dated: November 24, 2015

/s/ James W. Lea, III
James W. Lea, III
N.C. State Bar I.D. No.: 9323
jwl@theleaschultzlawfirm.com
The Lea/Schultz Law Firm, P.C.
1121-P Military Cutoff Road
Wilmington, NC 28405
(910) 239-5990 / (910) 239-5992
Attorneys for Plaintiff/Appellant Peter S. Vinal

# CERTIFICATE OF SERVICE

     I certify that I, on this day, have served the forgoing document on all parties or their counsel of record through the CM/ECF system if they are registered users, of, if they are not, by serving a true and correct copy at the addresses listed below:

     Elizabeth C. Stone
     Camden R. Webb
     Williams Mullen
     P.O. Box 1000
     Raleigh, NC 27602
     **Electronic Users**

     J.T. Crook
     Bailey & Dixon
     P.O. Box 1351
     Raleigh, NC 27602
     **Electronic User**

     The Lea/Schultz Law Firm, P.C.

     /s/ James W. Lea, III_____
     James W. Lea, III
     State Bar No.: 9323
     1121-P Military Cutoff Road
     Wilmington, NC 28405
     Telephone: 910-239-5990
     Email jwl@theleaschultzlawfirm.com